UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOBECHUKWU IHEDIOHA,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

Defendants.

26-CV-9616 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: November 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge